UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JUNIOR GUEVARA,<br><br>        Plaintiff,<br><br>   v.<br><br>FOGARTY, et al.,<br><br>        Defendants. | Case No. 25-cv-04632-RFL (PR)<br><br>**ORDER OF DISMISSAL** |

    Mail sent by the Court to Plaintiff Guevara at the address on file was returned as undeliverable more than 60 days ago. (Dkt. No. 3.) A search of the CDCR inmate locator, and of the inmate locator for the county jail in which he was previously housed, shows no information about Guevara's location. Accordingly, this federal civil rights suit is DISMISSED (without prejudice) because Plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b).

    Because this dismissal is without prejudice, Plaintiff may move to reopen the suit and have proceedings reinstated. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

    The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:** September 24, 2025

                                                            RITA F. LIN<br>
                                              United States District Judge